# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00855-CV

**In re Jonna G. Peltier and James Peltier**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relators Jonna G. Peltier and James Peltier filed a notice of appeal from the underlying order of contempt, signed December 9, 2016. On December 15, real parties in interest Patrick Smith and Debbie Smith filed a Motion to Revoke Suspension of Commitment in the trial court, setting the motion for a hearing on December 30. On December 23, relators filed a Motion for Emergency Stay in this Court, seeking to stay the December 30 hearing. *See* Tex. R. App. P. 52.10.

We lack jurisdiction to review a contempt order by way of direct appeal. *See Haffelfinger v. Adams*, No. 03-12-00512-CV, 2013 WL 6178570, at *1 (Tex. App.—Austin Nov. 21, 2013, orig. proceeding) (mem. op.); *see also Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.—Dallas 2007, no pet.) (noting lack of jurisdiction and dismissing appeal but expressing "views on the validity of this contempt order" so as to "provide guidance to the trial judge"). We will therefore construe relators' filings as an attempt to invoke our original jurisdiction by way of petition for writ

of habeas corpus or writ of mandamus. *See Haffelfinger*, 2013 WL 6178570, at *1; *see also Tracy*, 219 S.W.3d at 530 ("Contempt orders involving confinement may be reviewed by writ of habeas corpus; contempt orders that do not involve confinement may be reviewed only through mandamus.").

We grant the motion for emergency relief and stay the hearing on the motion to revoke during the pendency of this original proceeding. *See* Tex. R. App. P. 52.10. Relators are ordered to file their petition for extraordinary relief by January 20, 2017. The real parties in interest are requested to file a response twenty days after the petition is filed. *See id.* R. 52.8(b).

It is ordered December 28, 2016.


Before Justices Puryear, Pemberton, and Goodwin

2